QUINN EMANUEL URQUHART & SULLIVAN LLP
Stephen A. Broome (Bar No. 314605)
stephenbroome@quinnemanuel.com
Viola Trebicka (Bar No. 269526)
violatrebicka@quinnemanuel.com
Lauren Lindsay (Bar No. 280516)
laurenlindsay@quinnemanuel.com
Delaney Gold-Diamond (Bar No. 342121)
delaneygolddiamond@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:     (213) 443-3000
Facsimile:     (213) 443-3100

Kevin Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065-2139
Telephone: (650) 801 5000
Facsimile: (650) 801 5100

*Attorneys for Defendant Snowflake Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISA SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br>TICKETMASTER, LLC, LIVE NATION ENTERTAINMENT, INC., and SNOWFLAKE, INC.,<br><br>Defendants. | Case No.: 2:24-cv-07446<br><br>**DEFENDANT SNOWFLAKE INC.'S NOTICE OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 7.1-1 AND FEDERAL RULE OF CIVIL PROCEDURE 7.1**<br><br>Complaint Filed:   August 30, 2024 |

1     Pursuant to Civil Local Rule 7.1-1 and Rule 7.1 of the Federal Rules of Civil Procedure, the
2 undersigned counsel for Defendant Snowflake Inc. ("Snowflake") certifies that Snowflakes has no
3 parent corporation and no publicly held corporation owns 10% or more of its stock.  The undersigned
4 certifies that Snowflake is not aware of any other parties that have an interest in the outcome of this
5 case.

7  DATED:  October 3, 2024                   /s/  Stephen A. Broome
                                                                            Stephen A. Broome
8                                                                             Attorney for Defendant Snowflake Inc.